# Court of Appeals
# of the State of Georgia

ATLANTA,___October 13, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17D0089.  HENRY BARNES v. EILEEN WALKER.**

Henry Barnes applied to this Court for discretionary review of the trial court's order holding him in contempt of certain portions of the parties' divorce decree concerning the equitable division of marital property.  The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris*, 284 Ga. at 750 (2). Because this application appears to fall within the Supreme Court's jurisdiction, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____10/13/2016_____*
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*